■ GERALDINE POLOV, as Administratrix of the Estate of WILLIAM M. POLOVCHENA, JR., Also Known as WILLIAM POLOV, Plaintiff, v LONG BEACH TERRACE APARTMENTS, INC., et al., Defendants, and HEEDE HOIST & MACHINE Co., INC., Appellant-Respondent. CADIN CONTRACTING CORP., Third- and Fourth-Party Defendant-Appellant.—Judgment of the Supreme Court, Nassau County, entered January 30, 1974, affirmed insofar as reviewed pursuant to the order of this court dated March 10, 1975, with costs to defendant Heede Hoist & Machine Co., Inc. The jury's apportionment of liability is not

contrary to the weight of the evidence. Hopkins, Acting P. J., Martuscello, Latham, Cohalan and Hawkins, JJ., concur.